# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-CR-04055-BCW |
| ) | |
| DOMINIC VEIT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Matt W. Whitworth's Report and Recommendation (Doc. #69) denying Defendant's Motion to Suppress Statements (Doc. #57). Neither party has filed an objection. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #69), Defendant's Motion to Suppress Statements (Doc. #57) is DENIED. It is further

ORDERED that Magistrate Judge Whitworth's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: October 22, 2014  /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT