# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**     Date: February 2, 2016

vs.     Case No.: 11-04055-01-CR-C-BCW

**DOMINIC VEIT**

---

Honorable Brian C. Wimes, presiding at Jefferson City, Missouri

Nature of Hearing:  Sentencing

Time Commenced:  10:30 a.m.     Time Terminated: 12:45 p.m.

### APPEARANCES

| | |
|---|---|
| Plaintiff's counsel: | Larry Miller, AUSA |
| Defendant's counsel: | Scott Hamblin, Retained |
| Probation officer: | Claudia Allison |

10:30 a.m.   INFORMAL CONFERENCE held with court, counsel and probation officer in chambers.

10:45 a.m.   PROCEEDINGS IN COURTROOM:  Above parties present.  Court takes up objections to the presentence report; government presents evidence; argument.  Court finds as stated on the record and asserts statutory guidelines.  Counsel make sentence recommendations.  Defendant accorded allocution.  Court adopts Report and Recommendation on Plea of Guilty (Doc. # 82).

SENTENCE:  Defendant committed to custody of BOP for a period of 105 months on Counts 1 & 2, to be served concurrently; followed by 10 years SUPERVISED RELEASE on each of Counts 1 & 2, terms to run concurrently; w/Standard/Additional Conditions of Supervision imposed.  FINE: waived; MSA: $100.  Dft advised of right to appeal; remanded to custody of USM.

---

| | |
|---|---|
| Witnesses: | Mike Daniels, Lee Turner, Jeffrey Cunningham |
| Court Reporter: | Denise Halasey |
| Courtroom Deputy: | Joella Baldwin |